# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| BONNIE MOORE, *et al.*, | : | |
| Plaintiffs, | : | Case No. 3:08cv00356 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| MONACO COACH CORPORATION, | : | |
| Defendant. | : | |

# ORDER

On April 21, 2009, the Court Ordered this case stayed after Defendant "filed a Notice of Bankruptcy Filing (Doc. #12) stating that a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code was filed on behalf of Defendant in the United States Bankruptcy Court for the District of Delaware." (Doc. #13). To date, the Court has not received any information as to the status of the bankruptcy proceedings. Accordingly, the Court therefore **ORDERS** Defendant to file a status report regarding the bankruptcy case **on or before February 17, 2012**, and every six months thereafter.

February 3, 2012

                                                          s/Sharon L. Ovington
                                                           Sharon L. Ovington
                                                   United States Magistrate Judge